UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Karen Gilmore McCabe</u>

    v.                              Civil No. 08-00055-JL

<u>Kendal of Hanover et al.</u>

**O R D E R**

The Preliminary Pretrial Conference was held in chambers on May 5, 2008.

The Discovery Plan (document #8) is approved as submitted, with the following changes:

- ADR: The deadline for notifying the court if the parties will undertake ADR is **July 1, 2008**.

By agreement of the parties, the 6th Affirmative Defense (both Statute of Limitations and failure-to-exhaust administrative remedies) is **stricken**.

**SO ORDERED.**

/s/ Joseph N. Laplante
Joseph N. Laplante
United States District Judge

Dated: May 5, 2008

cc: Heather M. Burns, Esq.
    Lauren W. Irwin, Esq.
    Daniel Miville Deschenes, Esq.